IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PLAINTIFF

LISA DAWN CAVENAUGH

vs.                    Civil Case No. 4:10CV1170 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 28th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE